Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MOLLY DORTON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MOLLY DORTON, | ) |
| Plaintiff, | ) **Case No.: 2:16-cv-01263-RGK-AGR** |
| v. | ) |
| | ) |
| NAVIENT SOLUTIONS, INC. *f/k/a* | ) |
| SALLIE MAE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiff, MOLLY DORTON, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED:  October 6, 2016          AGRUSS LAW FIRM, LLC


By: /s/  Michael S. Agruss_____
Michael S. Agruss
Attorney for Plaintiff
MOLLY DORTON

1

## **CERTIFICATE OF SERVICE**

On October 6, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By:   /s/  Michael S. Agruss
                Michael S. Agruss